**Order entered September 10, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00485-CR
No. 05-13-00486-CR
No. 05-13-00487-CR

**IGNACIO SEBASTIAN DIAZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F06-89618-M, F09-53546-M, F09-53545-M**

## ORDER

The Court **GRANTS** appellant's September 6, 2013 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/     DAVID EVANS
JUSTICE